UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cr-00153 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| JAMES WAYNE PRINCE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## REPORT AND RECOMMENDATION

Defendant appeared before the undersigned on July 2, 2009, for a preliminary hearing and detention hearing regarding allegations that he violated conditions of his supervised release. Defendant was released on bond and also requested a loosening of his existing travel restrictions. For the reasons stated on the record at that hearing, the undersigned recommends that the Court enter an Order modifying defendant's conditions of supervision as follows:

**Defendant shall be allowed to travel to and from the state of Maryland as needed for work purposes**.

It is further recommended that this R&R be adopted immediately, subject to change should any timely objections be filed.

Date:  July 9, 2009

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the filing of this Report and Recommendation.