UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              CASE NO. 1:07-CR-153

JAMES WAYNE PRINCE,                HON. ROBERT HOLMES BELL

    Defendant.
                                    /

## **ORDER PROVISIONALLY ADOPTING REPORT AND RECOMMENDATION**

On July 9, 2009, the Magistrate Judge issued a Report and Recommendation recommending defendant's travel restrictions be modified to allow him to travel to and from the state of Maryland as needed for work purposes.

This Court will provisionally adopt the Report and Recommendation subject to any timely filed objections.


Date:   July 14, 2009                       /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE